```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION


INTERSCOPE RECORDINGS, ET AL.                    PLAINTIFFS


          v.           Civil No. 08-03068

BROOKE TABOR                                     DEFENDANT
```

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

NOW on this the 16th day of March 2009, in the above-referenced matter, comes on for this Court's consideration Plaintiffs' **Application for Entry of Default Judgment and Permanent Injunction** (document #7), and for the reasons set forth in the Court's Order of this date, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

* that the said motion should be, and it hereby is, **granted**;

* that Plaintiffs Interscope Records, UMG Recordings, Inc., Capitol Records, LLC, Warner Brothers Records Inc., and Atlantic Recording Corporation ("Plaintiffs") are granted a default judgment against Defendant Brooke Tabor ("Defendant").

* that Defendant shall pay minimum statutory damages, as authorized under the Copyright Act, 17 U.S.C. § 504(c)(1), of $750 per infringed work, for each of the nine below-listed sound recordings, in the total principal sum of **Six Thousand Seven Hundred Fifty Dollars ($6,750.00)**;

* that Defendant shall further pay Plaintiffs' costs of suit herein in the amount of **Four Hundred Twenty Dollars ($420.00)**.

* that Plaintiffs shall have and recover from Defendant Brooke Tabor, judgment in the **total amount of Seven Thousand One Hundred Seventy Dollars ($7,170.00).**

* that Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal and state law in the following copyrighted sound recordings:

> (1) "Don't Speak," on album "Tragic Kingdom," by artist "No Doubt" (SR# 206-724);
>
> (2) "Heart-Shaped Box," on album "In Utero," by artist "Nirvana" (SR# 172-276);
>
> (3) "Money," on album "Dark Side Of The Moon," by artist "Pink Floyd" (SR# N5354);
>
> (4) "The Zephyr Song," on album "By The Way," by artist "Red Hot Chili Peppers" (SR# 316-878);
>
> (5) "Another Brick in the Wall, Pt. 2," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);
>
> (6) "Recipe For Hate," on album "Recipe for Hate," by artist "Bad Religion" (SR# 172-147);
>
> (7) "Get Back," on album "Get Back (single)," by artist "Ludacris" (SR# 362- 158);
>
> (8) "Renegade," on album "Pieces Of Eight," by artist "Styx" (SR# 5-572);
>
> (9) "American Idiot," on album "American Idiot," by artist "Green Day" (SR# 3 62-125); and

in any other sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authorization of Plaintiffs; and

* that Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This judgment shall bear interest from this date until paid at the rate of 0.70% per annum.

**IT IS SO ORDERED.**

**/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**